*p. 386; (4) motion to quash certiorari, argued, submitted *p. 410; (5) motion to quash certiorari overruled *p. 425; (6) proceedings below quashed *p. 430; (7) rule to show cause against issuance of writ of restitution *p. 436; (8) motion to extend rule to show cause *p. 439; (9) rule to show cause, rule discharged, motion for writ of restitution overruled *p. 463.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari, acknowledgment of service; (3) certificate of John K. Smith; (4) copy of rule to show cause against attachment, proof of service; (5) return to certiorari; (6) motion to quash proceedings below; (7) motion to quash writ of certiorari; (8) brief on motion to quash proceedings; (9) affidavit for restitution of property sold on execution; (10) draft of rule to show cause against restitution; (11) list of property sold on execution; (12) motion to extend rule to show cause; (13) answer of Ira Marks to rule to show cause; (14) answer of Jacob Peer to rule to show cause. *1824–36 Calendar*, MS p. 206.

JEREMIAH HERINGTON *versus* MICHAEL L. KERLEY.

JOURNAL ENTRIES (1830–34): *Journal 4:* (1) Motion for rule to show cause against attachment *p. 362; (2) rule to make return or show cause

*p. 367; (3) motion for rule to assign errors *p. 409; (4) motion for attachment *p. 413; (5) motion to dismiss certiorari *p. 423; (6) motion to dismiss overruled *p. 424; (7) writ of attachment ordered issued *p. 450; (8) alias attachment ordered issued *p. 482; (9) alias attachment ordered issued *p. 512. *Journal 5:* (10) Justice discharged from custody, certiorari ordered issued *p. 4; (11) judgment of non pros. *p. 33.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) transcript of J. P. record; (3–4) copies of rule to show cause against attachment, proof of service; (5–6) writs of attachment and returns; (7) interrogatories in attachment; (8) answer in attachment; (9) certificate of George McDougall, postmaster at Fort Gratiot; (10) certificate of Reuben Hamilton, J. P. *1824–36 Calendar*, MS p. 204.

UNITED STATES *versus* THOMAS LEWIS.

JOURNAL ENTRIES (1830): *Journal 4:* (1) Leave granted to file information *p. 365; (2) rule to show cause against judgment of ouster, copy of rule and of information ordered served *p. 387.

PAPERS IN FILE: (1) Petition for quo warranto, notice to attorney general; (2) information; (3) draft of rule to show cause, etc.; (4) disclaimer. *1824–36 Calendar*, MS p. 210.